# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Century ML Cable Corporation, et al.

v.

Ricardo Cosme Rivera

CIVIL CASE:  97-2402 (JAF)

RECEIVED & FILED
02 JAN 10 AM 8:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date: 12/7/01 | Docket #: 16 | MOTION by Century ML Cable, Century ML Cable Ven \|for Return of Surety\| |
| By: Plaintiffs | | |

## O-R-D-E-R

☐ GRANTED

☑ DENIED

☐ NOTED

☐ MOOT

OTHER: Although the Court ordered the posting of a $10,000.00 bond, plaintiff did not post same before settling the matter as it appears from the docket of the case.

1/2/2002
**Date**

Jose A. Fuste
**United States District Judge**

17